In the Matter of MORRIS H. SIEGEL, Petitioner, against HAROLD J. CRAWFORD, as a Justice of the Municipal Court of the City of New York, Respondent, and MAE HARDING, Intervener, Respondent.—

Hagarty, Carswell, Adel, Taylor and Lewis, JJ., concur.